# Harrison County Adult Detention Center

## Inmate Grievance Form

Med
565
153. Reedman
07-010-07

To:      Grievance Officer

From:    JAMES C. BROWN  294903  A.E.
         Inmate Name         Docket #      Unit

Date:    7/10/07

RECEIVED
BY / DATE

This is a grievance concerning: In-Humane Treatment:

On Tues after breakfast, during the morning of July 10, 07. I went to medical, to have my two teeth pulled. Well when I returned back to the block and I suddenly started to feel severe pain. I looked in the mirror, and I couldnt believe what I was seeing. there was half A tooth still in my head, I had Lt. Leonard look into my mouth along with Mrs ROE. They too where astund, Lt Leonard assured me he would seek me some professional help. I never seen him anymore. I begged ~~Sgt Reed with~~ SGT. REEDMAN for Aid and he simply brushed me off. The Lady in the tower Name is unknown answering to the ~~~~ badge #565 I begged her for Aid + Assitance and I sware to GoD, she Laugh at me I was hurting so bad. I couldnt even get mad GOD I'm Hurting This type of treatment is totally unexceptable. Please look RECEIVED matter

JUL 11 2007

James C. Brown
Inmate Signature

## Harrison County Adult Detention Center

Inmate Grievance Form
(IGF-2)

### First Step Response Form

Grievance Number __03__ - __073__ - __07__

Type or use ball-point pen. You must return your response to the Grievance Officer within 10 days of the date the request was initiated.

To: __JAMES C. BROWN  294903__          __A/E__
     Inmate Name and Docket Number          Housing Unit

From: __Pat Olsen__          __adm/medical__
     Person to whom 1st Step is Directed          Title/Location

A chart review reveals the x-ray of your Rt. Clavicle was negative for any fracture or dislocation. I will put you on the next available md call to discuss your pain.

__3-29-07__          __Pat Olsen__
Date          Signature

If you are not satisfied with this response, you may go to Step 2 by filling out the second step section of Form IGF-1 and sending copies of Step 1 and Step 2 to the Warden. It must be received in the Warden's office within 5 days of the date of this response.

Instructions to respondent: Send original IGF-1 with IGF-2 to the Grievance Officer. Note: A copy of all documents referenced in the response must be attached and returned to the Grievance Officer.

Instruction to Inmate: This original is for you to keep.
Inmate's Original

*JoDee have been put m sick call*

Inmate Grievance Form
(IGF-3)

# Harrison County Adult Detention Center

## Second Step Response Form

Grievance Number  06 - 028 - 07

Type or use ball-point pen. You must return your response to the Grievance Officer within 10 days of the date the request was initiated.

To: James Brown 294903
Inmate Name and Docket Number

A E
Housing Unit

From: Warden Cabana
Warden

HCADC/HCWC
Location-Circle One

You have been seen and treated for your medical complaint. However, I will have you placed on sick call once again.

① On the 7/2/07 I was refused
② On the 7/3/07 I was refused again.
③ On the 7/4/07 I requesting Again.

07-02-07
Date

Warden's Signature

This is the final step in the Inmate Grievance process.

**Instructions to Warden:** Send original and Step 2 copy to the Grievance Officer.

**Instruction to Inmate:** This original is for you to keep.

Inmate's Original

RECEIVED JUL 02 2007

APPROVED JUN 21 2007

Inmate Grievance Form

## Harrison County Adult Detention Center

(IGF-1)

## Inmate Relief Request Form

Grievance Number __06__ - __028__ - __07__

Type or use ball-point pen.

To: __Mrs Pat Olsen__
   First Step Respondent

From: __James Brown 294903__
   Inmate's Name and Docket Number

__6-18-07__
Date of Incident

HCADC / HCWC
Location – Circle One

__A E__
Housing Unit

☐ **Accepted** — This request comes to you from the Grievance Officer. See the attached request from the inmate. Please return your response to this office within 10 days of this date.

☒ **Rejected** — Your request has been rejected for the following reason(s):

__See Mrs. Olsen's statement__

__6-21-07__
Date

__Deborah Whitla__
Grievance Officer

### Second Step

On __6-22-07__ (date), I received a written response to my First Step request. I am not satisfied with this response because: __I am not satified in the way I have been treaded I have been hurt because of yalls misteak for not fixing a leaking roof that pours water when it rains. This is about my coller bone.__

Therefore, I am commencing the Second Step by sending this form and the First Step response (IGF-2), to the Warden. This request must reach the Warden's office within 5 days of my receiving the First Step response.

__6/25/07__
Date

__James C. Brown__
Signature

RECEIVED JUN 25 2007